

General Complaint

**FILED**

DEC **2 1** 2020

Clerk, U.S. District Court
Eastern District of Texas

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

Howard James Redmond Bey ex rel howard
james redmond
Shashonah Deneen Redmond Bey ex rel
shashonah deneen redmond

Case Number : 4:20mc204 / Mazzant

List the full name of each plaintiff in this action.

VS.

* Allan B Polunsky, Trustee
* BBMC Mortgage A Division of Bridgeview Bank Group
* Fannie Mae
* Freddie Mac
* MERS Holding Corp Mortgage
* Flagstar Bank

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.    Employ Counsel
2.    Court - Appointed Counsel
3.    Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

**We did not seek counsel**

C.    Results of the conference with counsel:

_____

_____

_____

II.    List previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____ Yes   ✓ No

B.    If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1.    Approximate file date of lawsuit: _____

2.    Parties to previous lawsuit(s):

Plaintiff _____

Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.    Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

_____

4.    Docket number in other court. _____

5.    Name of judge to whom the case was assigned.

_____

6.    Disposition: Was the case dismissed, appealed or still pending?

_____

7.    Approximate date of disposition. _____

III.    Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1  **Howard James Redmond**

          **1440 Bobing Drive, Lewisville, Texas 75067**


        Pla #2  **Shashonah Deneen Redmond**

          **1440 Bobing Drive, Lewisville, Texas 75067**


    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:  **See attached list of all defendants**




        Dft #2:




        Dft #3




    Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

A judgement was entered against the defendants in a legal dispute by Universal Arbitration Service, Phoenix, Arizona. All parties were given the opportunity to contest and defend themselves, but instead chose to be tacit and passive in their response. None of the defendents attended the Arbitration hearings.

V.    Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Reques that the court:

- Registration of Foreign Judgement against the defendants.

Order that the arbitration award issued in this case in the amount of $$1,002,000.00 be confirmed and that a judgment be entered immediately as a foreign judgment in the amount of $$1,002,000.00 in favor of Howard James Redmond and Shashonah Deneen Redmond (are we doing Bey) ex. rel. reginald fields, Plaintiff.

Signed this ___15___ day of __December__, 20 _20_.
                              (Month)              (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __15/ December 2020__
                    Date

_Howard James Redmond Bey_

Signature of each plaintiff